UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| LORRAINE H. MULLIGAN, | 2003 DEC 16  A 11: 52 |
| Plaintiff, | CIVIL ACTION NO. 3:03 CV 695(AVC) COURT HARTFORD CT |
| vs. | December 15, 2003 |
| SUNBRIDGE HEALTHCARE CORPORATION d/b/a MEDIPLEX OF STAMFORD, | |
| Defendant. | |

### APPEARANCE OF MARGARET ARMSTRONG WEINER, ESQ.

Please enter my appearance, in addition to that of Conrad S. Kee and Roger P. Gilson, as attorney for Defendant Sunbridge Healthcare Corporation d/b/a Mediplex of Stamford for the above-captioned action.

Respectfully submitted,

Margaret Armstrong Weiner
CT 18084
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (fax)
weinerm@jacksonlewis.com

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been served this day, via regular mail, postage prepaid, to:

> Thomas W. Bucci
> Willinger, Willinger & Bucci, P.C.
> 855 Main Street
> Bridgeport, CT 06604

_____
Margaret Armstrong Weiner

2