UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORRAINE H. MULLIGAN,
   Plaintiff,

VS.

SUNBRIDGE HEALTHCARE CORP.,
d/b/a MEDIPLEX OF STAMFORD,
   Defendant.

2004 JAN 12 P 4:56

U.S. DISTRICT COURT

Civil No. 3:03CV695 (AVC)

## SCHEDULING ORDER

(1) All discovery, including depositions of all witnesses, shall be completed by September 3, 2004;

(2) the parties shall exchange initial disclosures required by Fed. R. Civ. P. 26(a) by March 3, 2004;

(3) the parties shall exchange a damage analysis, if necessary, on or before April 1, 2004;

(4) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 30, 2004, and depositions of any such experts shall be completed by May 31, 2004;

(5) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 1, 2004, and depositions of any such experts shall be completed by September 3, 2004;

(6) all motions, except motions in limine incident to a trial, shall be filed on or before October 22, 2004;

(7) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on December 15, 2004;

(8) the case shall be ready for trial by January 21, 2005.

    It is so ordered this 12th day of January 2004, at Hartford, Connecticut

Alfred V. Covello, U.S.D.J.