## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE H. MULLIGAN, | : | CIVIL CASE NO. |
|    Plaintiff, | : | 3:03CV695(AVC) |
| | : | |
| VS. | : | |
| | : | |
| SUNBRIDGE HEALTHCARE | : | |
| CORPORATION d/b/a | : | |
| MEDIPLEX OF STAMFORD | : | |
|    Defendant. | : | FEBRUARY 3, 2004 |

## MOTION TO AMEND PLAINTIFF'S COMPLAINT PURSUANT TO RULE 15(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff respectfully requests that the Court allow her to amend her complaint to add additional causes of action claiming (1) unlawful race and color discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and (2) unlawful race and color discrimination in violation of the Connecticut Fair Employment Practices Act. A copy of the plaintiff's amended complaint containing the additional cause of action is appended.

The plaintiff states that there exists good cause to allow her amendments for the following reasons:

1. At the time the plaintiff brought this cause of action, her claim based on race and color discrimination arising pursuant to the provisions of Title VII of the Civil Rights Act of

1964, as amended, had not as yet ripened. On December 12, 2003, the United States Equal Employment Opportunity Commission issued to the plaintiff a "Notice of Right to Sue", allowing her to institute a court action in this court within 90 days.

2. At the time the plaintiff brought this cause of action, her claim based on race and color discrimination arising pursuant to the provisions of the Connecticut Fair Employment Practices Act had not as yet ripened. On December 12, 2003, the Connecticut Commission on Human Rights and Opportunities issued the plaintiff a "Release of Jurisdiction" allowing her to institute a court action in this court within 90 days.

**WHEREFORE,** the plaintiff moves that the Court grant her motion to amend her Complaint pursuant to the first substituted complaint attached hereto.

THE PLAINTIFF – LORRAINE H. MULLIGAN

BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net
Fed. Bar #ct07805

## **CERTIFICATION**

      I hereby certify that copies of the foregoing *Motion to Amend Plaintiff's Complaint Pursuant to Rule 15a of the Federal Rules of Civil Procedure* have been sent, by First Class Mail, postage prepaid, on this 3rd day of February 2004, to:

Margaret Armstrong Weiner, Esquire
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Tel: 203-961-0404
Fax: 203-324-4704
Federal Bar No. ct18084
Email: weinerm@jacksonlewis.com

_____
Thomas W. Bucci