

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE H. MULLIGAN,<br>Plaintiff, | : CIVIL CASE NO.<br>: 3:03CV695(AVC) |
| VS. | : |
| SUNBRIDGE HEALTHCARE<br>CORPORATION d/b/a<br>MEDIPLEX OF STAMFORD<br>Defendant. | :<br>:<br>:<br>: FEBRUARY 3, 2004 |

## MOTION TO AMEND PLAINTIFF'S COMPLAINT PURSUANT TO RULE 15(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff respectfully requests that the Court allow her to amend her complaint to add additional causes of action claiming (1) unlawful race and color discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and (2) unlawful race and color discrimination in violation of the Connecticut Fair Employment Practices Act. A copy of the plaintiff's amended complaint containing the additional cause of action is appended.

The plaintiff states that there exists good cause to allow her amendments for the following reasons:

1. At the time the plaintiff brought this cause of action, her claim based on race and color discrimination arising pursuant to the provisions of Title VII of the Civil Rights Act of