UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE H. MULLIGAN, | : |
| Plaintiff, | : 3:03 CV 695 (AVC) |
| v. | : |
| SUNBRIDGE HEALTHCARE CORP., d/b/a MEDIPLEX OF STAMFORD | : April 13, 2004 |
| Defendant. | : |

## APPEARANCE OF NATASHA C. MAYNARD

Please enter my appearance for Defendant Sunbridge Healthcare Corporation d/b/a Mediplex of Stamford, in addition to those already on file, for the above-captioned action.

Respectfully submitted,

*Natasha C. Maynard*
Natasha C. Maynard
CT 25369
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (fax)
maynardn@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served this day, postage prepaid, to:

Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Natasha C. Maynard*
Natasha C. Maynard