FILED

2004 APR 19 P 12: 04

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE H. MULLIGAN,<br>    Plaintiff, | : CIVIL CASE NO.<br>: 3:03CV695(AVC) |
| VS. | : |
| SUNBRIDGE HEALTHCARE<br>CORPORATION d/b/a<br>MEDIPLEX OF STAMFORD<br>    Defendant. | :<br>:<br>:<br>: APRIL 16, 2004 |

## PLAINTIFF'S MOTION FOR A CONTINUANCE

The plaintiff, Lorraine H. Mulligan, moves for a continuance of the Settlement Conference scheduled for May 12, 2004 at 2:00 PM for the reason that her attorney, Thomas W. Bucci, will be participating in the deposition of an out of state witness in the case of *Capital Markets Trading Group, LLC v. AIG International (BVI) Limited*, Case No. 3:02cv318(AVC) which has been scheduled for May 12, 2004 and May 13, 2004. These dates are the only dates in May, 2004 that the out of state witness claims he will be available to be deposed. Discovery in that case concludes on May 30, 2004.

The plaintiff's counsel made attempt to consult with defendant's counsel, Natasha C. Maynard, on April 16, 2004 but was informed by her office personnel that she would not be in the office for the remainder of the day.

The plaintiff has not filed any prior motions for a continuance.

                        THE PLAINTIFF – LORRAINE H. MULLIGAN

                        BY _____
                        Thomas W. Bucci, for
                        WILLINGER, WILLINGER & BUCCI, P.C.
                        855 Main Street
                        Bridgeport, CT  06604
                        Tel: (203) 366-3939
                        Fax: (203) 337-4588
                        Fed. Bar #ct07805
                        Email: thomasbucci@earthlink.net

## CERTIFICATION

I hereby certify that a copy of the foregoing *Plaintiff's Motion for a Continuance* has been sent, by First Class Mail, postage prepaid, on this 16th day of April, 2004, to:

**Roger P. Gilson, Jr.**
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251
203-961-0404
203-324-4704 (fax)
gilsonr@jacksonlewis.com

**Natasha C. Maynard**
Jackson Lewis - Stfd, CT
177 Broad St., PO Box 251
Stamford, CT 06904-0251
203-961-0404
203-324-4704 (fax)
maynardn@jacksonlewis.com

**Conrad S. Kee**
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251
203-961-0404
keec@jacksonlewis.com

**Tasos C. Paindiris**
Jackson Lewis
55 Farmington Ave., Ste 1200
Hartford, CT 06105
860-522-0404
860-247-1330 (fax)
paindirt@jacksonlewis.com

**Margaret A. Weiner**
Jackson Lewis - Stfd, CT
177 Broad St., PO Box 251
Stamford, CT 06904-0251
203-961-0404
203-324-4704 (fax)
weinerm@jacksonlewis.com

_____
Thomas W. Bucci