*The Settlement Conference is rescheduled to May 19, 2004 at 2:00 p.m.*

*/20/04. GRANTED. SO ORDERED. Alfred V. Covello, USDJ*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE H. MULLIGAN,<br>Plaintiff, | : | CIVIL CASE NO.<br>3:03CV695(AVC) |
| VS. | : | |
| SUNBRIDGE HEALTHCARE<br>CORPORATION d/b/a<br>MEDIPLEX OF STAMFORD<br>Defendant. | : | APRIL 16, 2004 |

## PLAINTIFF'S MOTION FOR A CONTINUANCE

The plaintiff, Lorraine H. Mulligan, moves for a continuance of the Settlement Conference scheduled for May 12, 2004 at 2:00 PM for the reason that her attorney, Thomas W. Bucci, will be participating in the deposition of an out of state witness in the case of *Capital Markets Trading Group, LLC v. AIG International (BVI) Limited*, Case No. 3:02cv318(AVC) which has been scheduled for May 12, 2004 and May 13, 2004. These dates are the only dates in May, 2004 that the out of state witness claims he will be available to be deposed. Discovery in that case concludes on May 30, 2004.

The plaintiff's counsel made attempt to consult with defendant's counsel, Natasha C. Maynard, on April 16, 2004 but was informed by her office personnel that she would not be in the office for the remainder of the day.