UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex
**May 19, 2004**
**2:00 p.m.**

**RESCHEDULED FROM 5/12/04**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:03CV00695(AVC) Mulligan v. Sunbridge

Thomas W. Bucci
Willinger, Willinger & Bucci
855 Main St., 5th Floor
Bridgeport, CT 06604

Roger P. Gilson Jr.
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251

Conrad S. Kee
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251

Natasha C. Maynard
Jackson Lewis - Stfd, CT
177 Broad St., PO Box 251
Stamford, CT 06904-0251

Tasos C. Paindiris
Jackson Lewis
55 Farmington Ave., Ste 1200
Hartford, CT 06105

Margaret A. Weiner
Jackson Lewis - Stfd, CT
177 Broad St., PO Box 251                BY ORDER OF THE COURT
Stamford, CT 06904-0251                  KEVIN F. ROWE, CLERK