UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 21  P 4: 05
U.S. DISTRICT COURT
HARTFORD, CT.

LORRAINE H. MULLIGAN

V.

CASE NO. 3:03CV00695(AVC)

SUNBRIDGE HEALTHCARE CORP.

### ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on September 14, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this 21st day of May, 2004.

Alfred V. Covello
United States District Judge