UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 17 A 11: 00

U.S. DISTRICT COURT

| | | |
|---|---|---|
| LORRAINE H. MULLIGAN,<br>Plaintiff | : | |
| v. | : | Civil Action No. 3:03CV695(AVC) |
| SUNBRIDGE HEALTHCARE CORP.,<br>Defendant. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

__X__  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending:  (orefm.)

____  A ruling on the following motion which is currently pending:  (orefm.)

____  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following:  (orefmisc./cnf)

____  Other:  (orefmisc./misc) _____

SO ORDERED this __17th__ day of __September__ 2004 at Hartford, Connecticut.

_____
Alfred V. Covello
Senior United States District Judge