UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORRAINE H. MULLIGAN, | : |
| Plaintiff, | : 3:03 CV 00695 (AVC) |
| vs. | : September 20, 2004 |
| SUNBRIDGE HEALTHCARE CORPORATION d/b/a MEDIPLEX OF STAMFORD, | : |
| Defendant. | : |

## MOTION FOR CONTINUANCE

As directed by U.S. Magistrate Judge Thomas P. Smith, Defendant, Mediplex Management, Inc. d/b/a Mediplex of Stamford (incorrectly named herein as Sunbridge Healthcare Corporation d/b/a Mediplex of Stamford) (hereinafter "Mediplex"), respectfully moves this Court for an order that continues the currently scheduled September 29, 2004 hearing until October 20, 2004. In support of this Motion, Mediplex represents as follows:

1. On September 17, 2004, Judge Smith ordered a hearing scheduled for September 29, 2004 at 10:00 a.m.

2. Later on September 17, 2004, the parties reached an agreement to settle the above-captioned litigation.

3. On September 20, 2004, the parties met before this Court to confirm their agreement to settle the above-captioned litigation.

4. The parties are in the process of memorializing the settlement agreement.

5. On September 20, 2004, Judge Smith ordered the parties to file the appropriate closing papers with the clerk's office within 30 days.

6. This is Defendant Mediplex's first motion for a continuance.

7. Plaintiff's counsel does not oppose this Motion.

WHEREFORE, for the reasons stated, Defendant Mediplex respectfully moves this Court for an Order that continues the hearing currently scheduled for September 29, 2004 to October 20, 2004.

> DEFENDANT
> MEDIPLEX MANAGEMENT, INC. d/b/a
> MEDIPLEX OF STAMFORD (incorrectly named
> herein as SUNBRIDGE HEALTHCARE CORP.)
>
> By: /s/ Natasha C. Maynard
> Natasha C. Maynard
> CT 25369
> Margaret Armstrong Weiner
> CT 18084
> JACKSON LEWIS LLP
> 177 Broad Street
> P.O. Box 251
> Stamford, Connecticut 06904-0251
> Tel. (203) 961-0404
> Fax (203) 324-4704
> Email: maynardn@jacksonlewis.com
> weinerm@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served this day, postage prepaid, to:

> Thomas W. Bucci
> Willinger, Willinger & Bucci, P.C.
> 855 Main Street
> Bridgeport, CT 06604

/s/ Natasha C. Maynard
Natasha C. Maynard