UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE H. MULLIGAN, | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:03CV695(AVC) |
| VS. | : | |
| | : | |
| SUNBRIDGE HEALTHCARE | : | |
| CORPORATION d/b/a | : | |
| MEDIPLEX OF STAMFORD | : | |
| Defendant. | : | OCTOBER 15, 2004 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be dismissed, with prejudice, and with no award of attorneys' fees or costs to either side.

Willinger, Willinger & Bucci, P.C.
Attorneys for Plaintiff
Lorraine Mulligan

By: _____
Thomas W. Bucci
Federal Bar #ct07805
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: 203-366-3939
Fax: 203-337-4588

Dated: 10-4-2004

Jackson Lewis, LLP
Attorneys for Defendant
Mediplex Management, Inc., d/b/a
Mediplex of Stamford (incorrectly named herein as
Sunbridge Healthcare Corp.)

By: _____
Margaret Armstrong Weiner
Federal Bar #ct18084
Natasha C. Maynard
Federal Bar #ct25369
Jackson Lewis, LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Tel: 203-961-0404
Fax: 203-324-4704

Dated: October 15, 2004